JOHN C. WESTERVELT

v.

CHARLES F. WYCKOFF and others.

An unrecorded mortgage was excepted, by express words, in a sub-
sequent conveyance of the lands by the mortgagor, and that deed
recorded.    Afterwards the mortgage was recorded.—*Held*, that such
exception was constructive notice to judgment creditors of the grantee,
whose judgments were recovered before the mortgage was recorded.

Bill to foreclose.   On final hearing on pleadings and
proofs.

*Messrs. Dayton & Taylor*, for complainant.

*Messrs. Robbins & Hartshorne*, for the executors of Peter
P. Van Pelt.

THE CHANCELLOR.

The mortgaged premises are in Monmouth county, and,
on the 24th of April, 1873, were the property of John V. P.
Schenck.   On that date he gave a mortgage upon them to
Hendrick P. Van Pelt and others, which is now held by the
executors of Peter P. Van Pelt, deceased.   He conveyed
the property to Charles F. Wyckoff, December 2d, 1876.
The deed was recorded February 27th, 1877.   Wyckoff
mortgaged the property to the complainant, February 24th,
1877.   In the covenants of the deed to Wyckoff, a mortgage
for $800 and the interest thereon, given to Peter P. Van
Pelt and his brothers (being the before-mentioned mortgage
given to Hendrick P. Van Pelt and others), and dated April
24th, 1873, was excepted.   It is admitted that the complain-
ant had actual notice of that mortgage when he took his.
The Van Pelt mortgage was not recorded until November
13th, 1877.

The question presented for decision is, whether the judg-
ment creditors of Wyckoff, whose judgments were recovered

prior to the recording of the Van Pelt mortgage, are chargeable with constructive notice of that mortgage from the exception before mentioned in the deed from Schenck to Wyckoff. That exception would be notice to a *bona fide* grantee from Wyckoff for value, for the deed under which he would claim his title contains notice of the existence of the mortgage. A recital in a conveyance of the existence of a prior, unrecorded deed or mortgage is notice to all subsequent parties in the line of the title. *Wade's Law of Notice* §§ *308, 309; Jones on Mort.* § *595.* The judgment creditors of Wyckoff are chargeable with constructive notice in like manner. *Lewis* v. *Hall, 3 Hal. Ch. 107.*